UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR21-019 MJD/ECW

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| --- | --- | --- |
| Plaintiff, | ) ) ) | 18 U.S.C. § 922(g)(1) |
|  | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
|  | ) | 28 U.S.C. § 2461(c) |
| FLOYD BURNETT GAMBLE, JR., | ) ) |  |
| Defendant. | ) |  |

THE UNITED STATES GRAND JURY CHARGES THAT:

<u>COUNT 1</u>
(Felon in Possession of a Firearm)

On or about November 3, 2020, in the State and District of Minnesota, the defendant,

**FLOYD BURNETT GAMBLE, JR.,**

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
| --- | --- | --- |
| Unlawful Use of a Weapon | St. Clair County, IL | February 8, 2006 |
| Domestic Battery | St. Clair County, IL | May 9, 2007 |
| Interference with Commerce by Robbery | U.S. District Court for the Southern District of Illinois | January 6, 2012 |
| Unlawful Restraint | St. Clair County, IL | December 12, 2017 |



SCANNED
JAN 26 2021
U.S. DISTRICT COURT MPLS

U.S. v. Floyd Burnett Gamble, Jr.

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Ruger model LC9 9mm semi-automatic pistol bearing serial number 32877539, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with such violation including, but not limited to, a Ruger model LC9 9mm semi-automatic pistol bearing serial number 32877539, together with ammunition, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____   _____
**UNITED STATES ATTORNEY**         FOREPERSON